### WILEY WHITTEN V. THE STATE.

No. 3328.  Decided November 11, 1914.

Local Option—Statement of Facts—Bills of Exception.

Where the statement of facts and bills of exception in a misdemeanor case were not filed within twenty days after adjournment of court, they can not be considered on appeal.

Appeal from the County Court of Red River.  Tried below before the Hon. Geo. Morrison.

. Appeal from a conviction of a violation of the local option law; penalty, a fine of $25 and twenty days confinement in the county jail.

The opinion states the case.

*Travis T. Thompson,* for appellant.

*C. E. Lane,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—The court adjourned on the 8th day of August. The statement of facts was filed on the 8th day of September,—thirty days after court adjourned.  This is a County Court case.  Under the decisions of this court this statement of facts can not be considered, the law requiring that it should be filed within twenty days after adjournment of court.  The bills of exceptions are in the same condition.  With the record in this condition there is nothing to review.  Therefore, the judgment is affirmed.

*Affirmed.*